# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DONIELE SMITH, et al.**, on behalf of themselves and others similarly situated, | )<br>)<br>) Case No. 2:17-CV-1075 |
| Plaintiffs, | )<br>) Judge James L. Graham |
| vs. | )<br>) Chief Magistrate Judge Elizabeth Preston Deavers |
| **HILLSTONE HEALTHCARE, INC.**, | ) |
| Defendant. | ) **JOINT NOTICE OF SETTLEMENT** |

Plaintiffs, Doniele Smith, Nicole Cubison and Temeka Simpson, and Defendant, Hillstone Healthcare, Inc., hereby notify the Court that the Parties have settled this case. Pursuant to the Court's September 12, 2019, Order (Doc. No. 96) in *Hill v. Hillstone Healthcare, Inc.*, Case No. 2:19-CV-1031, this case has been consolidated with *Hill. v. Hillstone Healthcare, Inc.*, for purposes of settlement approval. The Parties respectfully request twenty-one (21) days to submit their settlement papers.

Respectfully Submitted,

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1457 S. High St.
Columbus, Ohio 43207
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

*/s/ Shannon M. Draher*
Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
Nilges Draher LLC
7266 Portage Street, N.W., Suite D

*/s/ Scott Salsbury*
SCOTT SALSBURY (0039287)
April Woodward (0091568)
SALSBURY & SALSBURY, LPA
5611 Hudson Drive, Suite 400
Hudson, Ohio 44236
Phone: 330 655-5760
Fax: 330 655-0526
ssalsbury@salsburylaw.com
awoodward@salsburylaw.com
*Counsel for Defendant*

Massillon, OH 44646
Phone:  (330) 470-4428
Facsimile:       (330) 754-1430
sdraher@ohlaborlaw.com
hans@ohlaborlaw.com

*/s/ Peter Contreras*
Peter Contreras (0087530)
**CONTRERAS LAW, LLC**
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
Phone: 614-787-4878
Fax: 614-923-7369
Email: peter.contreras@contrerasfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 19, 2019, the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/Shannon M. Draher*
                                                    Shannon M. Draher  (0074304)
                                                    *Counsel for Plaintiffs*